**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BUSINESS SYSTEMS ENGINEERING, INC., | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  04 C 8254 |
| v. | ) | |
| INTERNATIONAL BUSINESS MACHINES | ) | Judge Elaine E. Bucklo |
| CORPORATION, | ) | |
| Defendant. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| ─────────────────────────── | | |
| INTERNATIONAL BUSINESS MACHINES | ) | |
| CORPORATION, | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| BUSINESS SYSTEMS ENGINEERING, INC. | ) | |
| and NATHAN PAIGE, | ) | |
| Counter-Defendants. | ) | |

## IBM'S ITEMIZED BILL OF COSTS

On October 11, 2007, this Court granted summary judgment on all counts in Business

Systems Engineering, Inc.'s ("BSE") complaint in favor of Defendant International Business

Machines Corporation ("IBM").  *See* Docket Nos. 81 and 82.  The Court entered judgment for

IBM and against BSE on December 20, 2007.  *See* Docket No. 92.  IBM, as prevailing party

pursuant to the Court's December 20, 2007 entry of judgment, respectfully requests, pursuant to

Fed. R. Civ. P. 54(d), L. Civ. R. 54.1, and 28 U.S.C. § 1920, that the clerk tax the following as

costs:

| | |
|---|---|
| Fee of the Clerk | $150.00 |
| Fees for service of summons and subpoena | $661.25 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in this case | $16,871.65 |
| Fees for the exemplification and copies of papers necessarily obtained for use in this case | <u>$11,977.78</u> |
| **TOTAL:** | **$29,660.68** |

In support of its Bill of Costs, IBM states as follows:

1.      BSE filed this lawsuit against IBM on September 28, 2004 in the Circuit Court of Cook County, Illinois.

2.      IBM removed BSE's complaint to this Court on December 22, 2004.

3.      This Court granted summary judgment on all counts of BSE's Amended Complaint in favor of IBM on October 11, 2007.  On December 20, 2007, the Court entered judgment.

4.      Because IBM was the prevailing party, IBM is entitled to recover the costs of this lawsuit under Fed. R. Civ. 54(d), L. Civ. R. 54.1, and 28 U.S.C. § 1920.

5.      IBM seeks to recover $29,660.68 as broken down above.  All costs were necessarily incurred by IBM in litigating this matter.

6.      The costs have been verified in the affidavit of Matthew A. Bills filed herewith in support of IBM's Bill of Costs.

WHEREFORE, IBM respectfully requests that the clerk tax $29,660.68 as costs in this matter.

Dated:  January 17, 2008                    Respectfully Submitted,

                                            INTERNATIONAL BUSINESS MACHINES
                                            CORPORATION

                                            /s/ Matthew A. Bills
                                            One of Its Attorneys

Todd C. Jacobs
Gary M. Miller
Matthew A. Bills
GRIPPO & ELDEN LLC
111 S. Wacker Drive
Chicago, IL 60606
Phone: (312)704-7700
Fax:    (312)558-1195
mbills@grippoelden.com

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew A. Bills, an attorney, hereby certify that on **January 17, 2008**,

I caused true and complete copies of the foregoing **IBM'S ITEMIZED BILL OF COSTS and**

**AFFIDAVIT OF MATTHEW A. BILLS IN SUPPORT OF IBM'S BILL OF COSTS** to be

served upon Plaintiff/Counter-Defendant Business Systems Engineering, Inc. and Counter-

Defendant Nathan Paige by electronic filing notification to the following:

        Arthur S. Gold
        GOLD & COULSON
        11 S. LaSalle Street
        Suite 2402
        Chicago, Illinois 60603

        /s/Matthew A. Bills

141680