**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BUSINESS SYSTEMS ENGINEERING, INC., )<br>　　　　　　Plaintiff, )<br>　　v. )<br>INTERNATIONAL BUSINESS MACHINES )<br>CORPORATION, )<br>　　　　　　Defendant. )<br>――――――――――――――――――――― )<br>INTERNATIONAL BUSINESS MACHINES )<br>CORPORATION, )<br>　　　　　　Counter-Plaintiff, )<br>　　v. )<br>BUSINESS SYSTEMS ENGINEERING, INC. )<br>and NATHAN PAIGE, )<br>　　　　　　Counter-Defendants. ) | Case No. 04 C 8254<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Arlander Keys |

**AFFIDAVIT OF MATTHEW A. BILLS
IN SUPPORT OF IBM'S BILL OF COSTS**

I, Matthew A. Bills, being first duly sworn upon, depose and state as follows:

1.　　I am an associate at the law firm of Grippo & Elden LLC and am one of the attorneys representing Defendant International Business Machines Corporation ("IBM") in this action. I am duly authorized to execute this Affidavit on behalf of IBM.

2.　　In conjunction with my support staff, I have prepared a summary of the costs incurred by IBM in this litigation. The costs listed in IBM's Bill of Costs, filed along with this Affidavit, are true and correct or reasonable estimates of costs that have been necessarily incurred in this case. All of the services that are the subject of these charges were actually and necessarily performed.

3.　　The fees of the clerk are $150.00. These fees were incurred in filing the Notice of Removal to the United States District Court for the Northern District of Illinois on December 22, 2004.

4.  The fees for service of summonses and subpoenas are as follows:

| Date | Description | Amt. Requested |
|---|---|---|
| 12/29/06 | Service of subpoena on Dinkar Karumuri | $248.25 |
| 04/04/07 | Service of subpoena on Cecelia Bolden | $208.00 |
| 07/27/07 | Service of subpoena on Michael Ford | $205.00 |
| | **TOTAL** | **$661.25** |

The invoices for these fees are attached as Exhibit A hereto.

5.  Court reporter fees are as follows:

| Date | Description | Amt. Requested |
|---|---|---|
| 07/18/06 | Deposition transcripts of Catherine McDonnell Anderson; James Lautenbach; and Alyssa Feeney | $410.70 |
| 08/18/06 | Deposition transcript of Tim Bozard | $277.40 |
| 08/21/06 | Deposition transcript of Robert Legatske | $305.05 |
| 09/07/06 | Deposition transcript of James Ohlhaver | $170.70 |
| 09/20/06 | Deposition transcript of John Ciaramella | $238.50 |
| 09/20/06 | Deposition transcript of Carol Whittaker | $313.40 |
| 09/28/06 | Deposition transcript of Jan Hammonds | $326.30 |
| 10/26/06 | Transcript of proceedings | $21.90 |
| 01/08/07 | Deposition transcript of Naveen Venkatachalam- video | $970.00 |
| 02/09/07 | Deposition transcript of Dinkar Karumuri | $602.70 |
| 02/09/07 | Deposition transcript of Naveen Venkatachalam | $801.90 |
| 02/21/07 | Deposition transcript of John Seifert- video | $1,235.00 |
| 03/12/07 | Deposition transcript of Nathan Paige | $1,179.30 |
| 03/19/07 | Deposition transcript of Ted Justiss- video | $765.00 |
| 03/22/07 | Deposition transcript of Terry Roberts | $1,123.05 |
| 03/30/07 | Deposition transcript of John Seifert | $1,160.80 |
| 04/09/07 | Deposition transcript of Ted Justiss | $566.60 |
| 04/10/07 | CSR attendance fee for deposition- BSE cancelled without sufficient notice | $120.00 |
| 04/11/07 | Deposition transcript of Maureen Jones | $573.60 |
| 04/17/07 | Deposition transcript of Noland Joiner | $776.35 |
| 04/18/07 | Deposition transcript of Gila Bronner | $576.90 |
| 04/19/07 | Deposition transcript of Tauketula Whitehead | $943.50 |
| 04/26/07 | Deposition transcript of Babylon Williams | $524.10 |
| 04/27/07 | Deposition transcript of Darryl Henry | $167.25 |
| 04/30/07 | Deposition transcript of Glenn Dalhart | $171.20 |
| 04/30/07 | Deposition transcript of Michael Ford | $545.20 |
| 04/30/07 | Deposition transcript of Nathan Paige (Day 2) | $1,129.75 |
| 05/07/07 | Deposition transcript of Cecelia Bolden | $875.50 |
| | **TOTAL** | **$16,871.65** |

The invoices for these fees are attached at Exhibit B hereto.  IBM does not seek costs it incurred for delivery charges, minuscripts, obtaining the transcripts in ASCII format, or miscellaneous charges from the court reporters.  Pursuant to the regular copy rate as established by the Judicial Conference of the United States, where the invoices indicate IBM was charged more than $3.65 per page for transcripts, IBM reduced the amount that it seeks to that amount per page.

6. The fees for exemplification and copies necessarily obtained for use in the case are as follows:

| Description | Page Count | Amt. Requested |
| --- | ---: | ---: |
| IBM document production | 57,906 | $8,371.66 |
| BSE document production | 4,222 | $1,002.94 |
| Third-party productions | 1,728 | $334.33 |
| OCR-ing BSE production | 633 | $157.69 |
| Deposition preparation | 8,848 | $1,396.16 |
| IBM pleadings (2 copies) | 4,000 | $400.00 |
| Working set of BSE pleadings (1 copy) | 1,000 | $100.00 |
| IBM discovery (2 copies) | 2,000 | $200.00 |
| Working set of BSE discovery (1 copy) | 150 | $15.00 |
| **TOTAL** | **80,487** | **$11,977.78** |

IBM seeks costs of $8,371.66 for the copying and bates labeling of its production documents.  These costs reflect (a) copying and bates labeling of production documents by outside vendors; (b) copying of production documents by in-house copy service; and (c) copying of production documents for expert review.  Copies of the invoices from outside vendors used for determining the copying costs of certain IBM productions (in chronological order), and a chart explaining such costs, are attached hereto as Exhibit C.

IBM seeks costs of $1,002.94 relating to BSE's document production.  These costs reflect the amount incurred by IBM to (a) copy BSE hard copy documents stored at an off-site warehouse; (b) have a printed set made of BSE documents produced on CD; and (c) have two copy sets made of 155 pages designated as relevant from BSE's QuickBooks computer file, one

3

for service on BSE and one for IBM.  The available invoices, and a chart explaining such costs, are attached hereto as Exhibit D.  The copying of the QuickBooks documents was performed in-house at the rate of $0.10 per page.

The cost to make BSE's hard copy production searchable ("OCR") was $157.69.  The invoices are attached as Exhibit E hereto.  The June 12, 2006 invoice lists scanning fees for both IBM and BSE documents.  IBM does not seek costs related to scanning its documents, and, therefore, IBM estimated costs for this invoice by splitting the total page count, 461 pages, and cost of $128.37 in half.

IBM served subpoenas upon third-parties Sanvas, Senryo, B2B, and CSC.  IBM then incurred costs for copying and bates labeling these documents for service on BSE.  The invoices for these copying costs amounted to $334.33.  Copies of these invoices (in chronological order) are attached hereto as Exhibit F.

IBM made three copy sets of certain production documents to prepare potential deponents for depositions:  one copy for counsel, one for IBM's case file, and one for the witness.  The cost of these copies was $4,188.50.  However, IBM seeks costs for only one of these sets ($4,188.50 • 3 = $1,396.16).  Copies of the invoices from outside vendors used for determining the copying costs of IBM's deposition preparation (in chronological order) are attached as Exhibit G hereto.

The costs of motions, pleadings, and other court filings were estimated as follows.  IBM calculated the total number of pages for all of the pleadings from the point of the Notice of Removal through the Court's summary judgment opinion, minus all discovery and any orders, docket entries, or opinions written by the Court, by obtaining total page count numbers from the Court's Pacer system.  This total amounted to approximately 3,000 pages.  Of that, approximately 2,000 pages of pleadings were filed by IBM and 1,000 pages by BSE.  Copying of

pleadings was done nearly entirely in-house at a cost of $0.10 per page. IBM is seeking costs for two copies of all the pleadings it filed (2,000 pages x 2 sets x $0.10 per page). It seeks the costs for two sets because it needed to provide one courtesy copy to the Court and retain one copy. IBM also seeks costs for making one working set of BSE's filings at $0.10 per page.

IBM further seeks costs for written discovery, which were not included in the above costs. The total page count for discovery was approximately 1,150 pages – 1,000 pages of IBM discovery and 150 pages of BSE discovery. IBM seeks costs for two copies of its discovery submissions at $0.10 per page, the rate charged for in-house copying. IBM seeks costs for one copy served on BSE and one copy for IBM. IBM also seeks costs for making one working set of BSE's discovery submissions at $0.10 per page.

7. The information set forth in this Affidavit when based on business records accurately reflects those records, absent unintentional mistake. The estimates provided are reasonable in my opinion. Factual information is true and correct to the best of my knowledge and information, absent unintentional mistake.

8. I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed this 17th day of January at Chicago, Illinois.

/s/ Matthew A. Bills